

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER

| | |
|---|---|
| Appellate case name: | Nancy W. Richard (f/k/a Towery) v. Charles David Towery |
| Appellate case number: | 01-11-00132-CV |
| Trial court case number: | 06FD2307 |
| Trial court: | County Court at Law No. 2 of Galveston County, Texas |

This is an appeal from a judgment dated on November 24, 2010. The notice of appeal was filed on February 18, 2011. Appellant states in her appellant's brief that the order dated November 24, 2010 was signed on December 7, 2010, citing to the trial court's docket sheet. The record contains two final judgments, one of which is marked "void," and both of which are file-stamped and dated November 24, 2010.

The Court requests supplemental briefing from the parties on the issue of whether appellant's notice of appeal was timely filed, with appropriate citations to the record and legal authority. The ORDERS that any such supplemental briefing **filed by either party** shall be no longer than **5 pages** and shall be filed with, and actually received by, the Court on or before **12 p.m. (noon) on December 19, 2012**. No responses or additional supplemental briefing need be filed unless so requested by the Court.

It is so **ORDERED**.

| | |
|---|---|
| Judge's signature: | /s/ Harvey Brown |
| | Acting individually |
| Date: | December 12, 2012 |